HARDY R. MURPHY, CA Bar No. 187149
hardy.murphy@ogletreedeakins.com
CHRISTOPHER W. DECKER, CA Bar No. 229426
christopher.decker@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA 90071
Telephone: 213.239.9800
Facsimile: 213.239.9045

Attorneys for Defendant
ZURICH AMERICAN INSURANCE
COMPANY (erroneously sued as AMERICAN
ZURICH INSURANCE COMPANY)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORA BUCKLIN and VIRGINIA L. BURTON, individuals, on behalf of themselves, and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN ZURICH INSURANCE COMPANY, an Illinois Corporation,<br><br>Defendant. | Case No. CV 11-5519-AHM (MRWx)<br><br>**[PROPOSED] PROTECTIVE ORDER**<br><br>First Amended Complaint<br>Filed: May 18, 2011 |

**GOOD CAUSE APPEARING**, to protect the legitimately designated confidential business, employee and privacy protected information to be produced in this action from public disclosure;

The Stipulation For Entry of Protective Order Regarding Production of Confidential Information entered into by the parties on March 6, 2012, and March 7, 2012, and filed March 7, 2012, is approved.

IT IS SO ORDERED.

Dated:  March 8, 2012          /s/ Judge Wilner
                               Hon. Michael R. Wilner
                               Magistrate Judge
                               Central District of California

11940583.1 (OGLETREE)

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am employed in the County of Los Angeles, State of California; I am over the age of 18 years and not a party to this action.  My business address is 400 S. Hope Street, Suite 1200, Los Angeles, California 90071.

    On March 7, 2012, I served the following document(s) described as:

    [PROPOSED] PROTECTIVE ORDER

With the Clerk of the United States District Court of Central District of California, using the CM/ECF System.  The Court's CM/ECF System will send an e-mail notification of the foregoing filing to the following parties and counsel of record who are registered with the Court's CM/ECF System:

| | |
|---|---|
| Piya Mukherjee, Esq. | Attorneys for Plaintiffs Cora Bucklin |
| Blumenthal, Nordrehaug & Bhowmik | and Virginia L. Burton |
| 2255 Calle Clara | |
| La Jolla, California 92037 | |
| Telephone: (858) 551-1223 | |
| Facsimile: (858) 551-1232 | |

☒    (Federal)    I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.  I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

    Executed on March 7, 2012, at Los Angeles, California.

Connie Ray

Type or Print Name                            Signature

11940583.1 (OGLETREE)

11940583.1 (OGLETREE)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Bucklin
PROTECTIVE

3   Case No. 2:11-CV-05519-AHM (MRWx)
[PROPOSED] PROTECTIVE ORDER