NORMAN B. BLUMENTHAL, CA Bar No. 068687
KYLE R. NORDREHAUG, CA Bar No. 205975
APARAJIT BHOWMIK, CA Bar No. 248066
PIYA MUKHERJEE, CA Bar No. 274217
BLUMENTHAL, NORDREHAUG & BHOWMIK
2255 Calle Clara
La Jolla, CA  92037
Telephone:   858.551-1223
Facsimile:   858.551-1232
Attorneys for Plaintiffs BUCKLIN and BURTON

HARDY R. MURPHY, CA Bar No. 187149
hardy.murphy@ogletreedeakins.com
CHRISTOPHER W. DECKER, CA Bar No. 229426
christopher.decker@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA  90071
Telephone:  213.239.9800
Facsimile:   213.239.9045
Attorneys for Defendant
AMERICAN ZURICH INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CENTRAL CALIFORNIA

| | |
|---|---|
| CORA BUCKLIN and VIRGINIA L. BURTON, individuals, on behalf of themselves, and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN ZURICH INSURANCE COMPANY, an Illinois Corporation,<br><br>Defendant. | Case No. 2:11-CV-05519-AHM (MRWx)<br><br>**STIPULATION TO CONTINUE HEARING DATES FOR (1) DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, (2) PLAINTIFFS' MOTION FOR CLASS CERTIFICATION, AND (3) OTHER DATES CONTINGENT THEREON**<br><br>Judge:   Hon. A. Howard Matz<br>Date:    February 11, 2013<br>Time:    10:00 a.m.<br>Room:    14 (Spring Street Building) |

Plaintiffs CORA BUCKLIN and VIRGINIA L. BURTON ("Plaintiffs") and Defendant AMERICAN ZURICH INSURANCE COMPANY, ("Defendant"), by and through their respective counsel, hereby stipulate as follows:

**RECITALS**

A.  Defendant filed two (2) motions for summary judgment, [Docs. Nos. 66 & 68], which are both scheduled to be heard on February 11, 2013 at 10:00 a.m. ("Defendant's Motions for Summary Judgment").

B.  Plaintiffs have requested from Defendant additional time to work up and prepare oppositions Defendant's Motions for Summary Judgment;

C.  The parties have met and conferred and agreed regarding a continuance of the hearings on Defendant's Motions for Summary Judgment and a briefing schedule based on the continued hearing dates;

D.  To allow the Court to address Defendant's Motions for Summary Judgment prior to adjudicating the issue of class certification, the parties further agreed to continue the hearing on Plaintiff's motion for class certification dates and the briefing schedule for that motion;

E.  To allow adequate time to complete discovery after any potential ruling on class certification, the parties further agreed to continue the dates for completing discovery, as set forth below;

F.  This stipulation does not affect the trial date, the date of the pre-trial conference, the motion cut-off date, the last day for filing or hearing motions in

BLUMENTHAL,
NORDREHAUG &
BHOWMIK
ATTORNEYS AT LAW

2

limine, or any pre-trial dates other than those pertaining to the time for completing discovery;

NOW, THEREFORE, the parties hereby stipulate and agree as follows:

## STIPULATION

1. **Motions for Summary Judgment**

   a. The parties have met and conferred in compliance with Local Rule 7-3 and have been unable to achieve an informal resolution avoiding the need for judicial resolution of Defendant's Motions for Summary Judgment.

   b. The hearing for Defendant's Motions for Summary Judgment shall be continued to March 25, 2013 at 10:00 a.m.;

   c. Plaintiffs' oppositions to the Motions for Summary Judgment shall be filed on February 25, 2013;

   d. Defendant's replies in support of Defendant's Motions for Summary Judgment shall be filed on March 11, 2013; and,

2. **Class Certification**

   a. The hearing for Plaintiffs' motion for class certification shall be continued to June 3, 2013;

   b. Plaintiffs' Motion for Class Certification shall be filed by April 8, 2013.

BLUMENTHAL,
NORDREHAUG &
BHOWMIK
ATTORNEYS AT LAW

    **c.** Defendant's opposition to Plaintiffs' Motion for Class Certification shall be filed on May 6, 2013; and,

    **d.** Plaintiffs' reply in support of Plaintiffs' Motion for Class Certification shall be filed on May 20, 2013.

**3. Scheduling Order Dates**

    **a.** The non-expert discovery cut off will be continued to September 23, 2013;

    **b.** The expert witness disclosures will be continued to September 27, 2013;

    **c.** The rebuttal expert disclosures will be continued to October 15, 2013; and,

    **d.** The expert discovery cut off will be continued to October 28, 2013.

**IT IS SO STIPULATED.**

Dated: January 11, 2013    BLUMENTHAL, NORDREHAUG & BHOWMIK

    By: */s/ Aparajit Bhowmik*
    Aparajit Bhowmik
    Attorneys for Plaintiff

Dated: January 11, 2013    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

    By: */s/ Christopher W. Decker*
    Christopher W. Decker
    Attorneys for Defendant