```
 1  NORMAN B. BLUMENTHAL, CA Bar No. 068687
 2  KYLE R. NORDREHAUG, CA Bar No. 205975
    APARAJIT BHOWMIK, CA Bar No. 248066
 3  PIYA MUKHERJEE, CA Bar No. 274217
 4  BLUMENTHAL, NORDREHAUG & BHOWMIK
    2255 Calle Clara
 5  La Jolla, CA  92037
 6  Telephone:  858.551-1223
    Facsimile:   858.551-1232
 7  Attorneys for Plaintiffs
 8
    HARDY R. MURPHY, CA Bar No. 187149
 9  hardy.murphy@ogletreedeakins.com
10  CHRISTOPHER W. DECKER, CA Bar No. 229426
    christopher.decker@ogletreedeakins.com
11  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
12  400 South Hope Street, Suite 1200
    Los Angeles, CA  90071
13  Telephone:  213.239.9800
14  Facsimile:   213.239.9045
    Attorneys for Defendant
15
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CENTRAL CALIFORNIA

| | |
|---|---|
| CORA BUCKLIN and VIRGINIA L. BURTON, individuals, on behalf of themselves, and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN ZURICH INSURANCE COMPANY, an Illinois Corporation,<br><br>Defendant. | Case No. 2:11-CV-05519-AHM (MRWx)<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE HEARING DATES FOR (1) DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, (2) PLAINTIFFS' MOTION FOR CLASS CERTIFICATION, AND (3) OTHER DATES CONTINGENT THEREON**<br><br>Judge:   Hon. A. Howard Matz<br>Date:    February 11, 2013<br>Time:    10:00 a.m.<br>Room:   14 (Spring Street Building) |

The Court has reviewed the Parties' Stipulation To Continue Hearing Dates For (1) Defendants' Motion For Summary Judgment, (2) Plaintiffs' Motion For Class Certification, And (3) Other Dates Contingent Thereon.

Good cause appearing, therefore, it is hereby ordered as follows:

1. **Motions for Summary Judgment**

    a. The hearing for Defendant's Motions for Summary Judgment shall be continued to March 25, 2013 at 10:00 a.m.;

    b. Plaintiffs' oppositions to the Motions for Summary Judgment shall be filed on February 25, 2013; and,

    c. Defendant's replies in support of Defendant's Motions for Summary Judgment shall be filed on March 11, 2013;

2. **Class Certification**

    a. The hearing for Plaintiffs' motion for class certification shall be continued to June 3, 2013;

    b. Plaintiffs' Motion for Class Certification shall be filed by April 8, 2013.

    c. Defendant's opposition to Plaintiffs' Motion for Class Certification shall be filed on May 6, 2013; and,

    d. Plaintiffs' reply in support of Plaintiffs' Motion for Class Certification shall be filed on May 20, 2013.

**3. Scheduling Order Dates**

    **a.** The non-expert discovery cut off will be continued to September 23, 2013;

    **b.** The expert witness disclosures will be continued to September 27, 2013;

    **c.** The rebuttal expert disclosures will be continued to October 15, 2013; and,

    **d.** The expert discovery cut off will be continued to October 28, 2013.

**IT IS SO ORDERED.**

Dated: January ___, 2013     _____
                                        The Honorably A. Howard Matz