1

**BLUMENTHAL, NORDREHAUG & BHOWMIK**
  Norman B. Blumenthal (State Bar #068687)

2
  Kyle R. Nordrehaug (State Bar #205975)
  Aparajit Bhowmik (State Bar #248066)

3
  Piya Mukherjee (State Bar #274217)
2255 Calle Clara

4
La Jolla, CA 92037
Telephone: (858)551-1223

5
Facsimile: (858) 551-1232

6

7
Attorneys for Plaintiffs

8

9

10

11
**UNITED STATES DISTRICT COURT**

12
**CENTRAL DISTRICT OF CALIFORNIA**

13

14

15
CORA BUCKLIN and VIRGINIA L.
BURTON, individuals, on behalf of

16
themselves and all persons similarly
situated,

17

18
                Plaintiffs,

19
vs.

20
AMERICAN ZURICH INSURANCE
COMPANY, an Illinois Corporation,

21

22
                Defendant.

23

24

25

26

27

28

Case No. **11-CV-5519 AHM (MRWx)**

(Class Action)

**PROOF OF SERVICE**

Action Filed:        March 21, 2011

---

PROOF OF SERVICE

Case No.: 11-CV-5519 AHM (MRWx)

**CERTIFICATE OF SERVICE**

I, am, at all relevant times, was a citizen of the United States and a resident of the County of San Diego and am employed by the attorney of record in this action located at 2255 Calle Clara, La Jolla, CA 92037.  I hereby certify that on January 11, 2013, I served the following document(s) in the manner described below:

    **(1)** STIPULATION TO CONTINUE HEARING DATES FOR (1) DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, (2) PLAINTIFFS' MOTION FOR CLASS CERTIFICATION, AND (3) OTHER DATES CONTINGENT THEREON;

    **(2)** [PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE HEARING DATES FOR (1) DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, (2) PLAINTIFFS' MOTION FOR CLASS CERTIFICATION, AND (3) OTHER DATES CONTINGENT THEREON

**_XX_**    (BY ELECTRONIC SERVICE): I caused the listed documents to be electronically filed through the CM/ECF system at the United States District Court for the Central District of California which generates a Notice of Electronic Filing to all parties and constitutes service of the electronically filed documents on all parties for purposes of the Federal Rules of Civil Procedure.

**_XX_**    (Federal): I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made, and that the foregoing is true and correct under penalty of perjury.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on January 11, 2013 at San Diego, California.

*/s/ Aparajit Bhowmik*
Aparajit Bhowmik